IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 26 AM 10: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| COURTNEY WOODS AND TYRONE HURD,<br>    Plaintiffs,<br><br>v.<br><br>H&R BLOCK CORPORATION,<br>HOUSEHOLD TAX MASTERS, INC.,<br>and<br>JOHN DOE(S) 1 - 10, AGENTS OF<br>H&R BLOCK, individually.<br><br>    Defendants. | Docket No.: 05-2359-M1V |

## SCHEDULING ORDER

Pursuant to the agreement of the Parties as represented by Counsel, and dispensing with the formality of the scheduling conference, the following dates are established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): Dec. 27, 2005

JOINING PARTIES: Jan. 6, 2006

AMENDING PLEADINGS: Jan. 6, 2006

INITIAL MOTIONS TO DISMISS: Jan. 23, 2006

COMPLETING ALL DISCOVERY: May 15, 2006

    (a)    DOCUMENT PRODUCTIONS: May 15, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: May 15, 2006

    (c)    EXPERT WITNESS DISCLOSURES (Rule 26):

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-26-05

Complaint
Page 1 of 3



>   (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: <u>March 15, 2006</u>
>
>   (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: <u>April 15, 2006</u>
>
>   (3) EXPERT WITNESS DEPOSITIONS: <u>May 15, 2006</u>

FILING DISPOSITIVE MOTIONS: <u>June 15, 2006</u>

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for JURY TRIAL. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is estimated that the trial will last three to five days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after the agreement of all the Parties' counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

APPROVED:

s/
_____
Lawrence M. Magdovitz, II #020869
OF COUNSEL
THE MASON LAW FIRM, P.C.
4715 Spottswood Avenue
Memphis, Tennessee 38117
Tel., (901) 763-4436
Fax., (901) 767-1954

s/
_____
Eugene J. Podesta, Jr.
Baker Donelson Bearman Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
*Counsel for H & R Block Corporation, John Doe 1 (Maxine Smith), John Doe 2 (Jacqueline Travis)*

s/
_____
Scott Ostrow, Esq.
Wyatt Tarrant & Combs
*Counsel for Household Tax Masters*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02359 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lawrence M. Magdovitz
LAW OFFICE OF LAWRENCE MAGDOVITZ
P.O. Box 627
108 East Second St.
Clarksdale, MS 38614

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT