IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**COURTNEY WOODS and**
**TYRONE HURD,**

    **Plaintiffs,**

v.                                                                                  No. 05-2359-MIV

**H&R BLOCK CORPORATION,**
**HOUSEHOLD TAX MASTERS, INC.**
**and JOHN DOE(S) 1-10, AGENTS OF**
**H&R BLOCK, Individually,**

    **Defendants.**

## ORDER GRANTING ENLARGEMENT OF TIME

Defendant, Household Tax Masters, Inc. ("HSBC"), moves this Court for an extension of time, until and including December 7, 2005, for HSBC to answer or otherwise respond to Plaintiffs' Complaint, reserving all defenses. Counsel for HSBC has represented to the Court that Plaintiffs' counsel does not object to the relief requested in this Motion. Having considered the motion papers and the entire record in this cause, the Court is of the opinion that the Motion should be granted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that HSBC shall have an extension of time until and including December 7, 2005, in which to answer or otherwise respond to Plaintiffs' Complaint. This Order does not waive any of HSBC's rights or defenses, including those contained in Federal Rule of Civil Procedure 12.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-31-05

This the 28th day of October, 2005.

*Diane K. Vescovo*
MAGISTRATE DIANE K. VESCOVO


Agreed for Entry:

*Scott B. Ostrow*
Scott B. Ostrow (TN #21241)
WYATT, TARRANT, & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38103
Counsel for Household Tax Masters, Inc.


*Eugene J. Podesta, Jr. (by permission SBO)*
Eugene J. Podesta, Jr.
Baker Donelson Bearman Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Counsel for Maxine Smith & Jacqueline Travis


*Lawrence M. Magdovitz (by permission SBO)*
Lawrence M. Magdovitz, II, Esq.
P.O. Box 627
108 East Second Street
Clarksdale, MS 38614
Counsel for Courtney Woods & Tyrone Hurd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02359 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lawrence M. Magdovitz
LAW OFFICE OF LAWRENCE MAGDOVITZ
P.O. Box 627
108 East Second St.
Clarksdale, MS 38614

Honorable Jon McCalla
US DISTRICT COURT