IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 AM 11: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| COURTNEY WOODS and TYRONE HURD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-2359 Ml/V |
| H&R BLOCK CORPORATION, HOUSEHOLD TAX MASTERS, INC., and JOHN DOE(S) 1-10, AGENTS OF H&R BLOCK, | ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on October 26, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1.  The jury trial in this matter is set to begin <u>Monday, August 28, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.  A pretrial conference is set for <u>Tuesday, August 22, 2006 at 8:45 a.m.</u>

3.  The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>August 15, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-8-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this ___7___ day of November, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02359 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Lawrence M. Magdovitz
LAW OFFICE OF LAWRENCE MAGDOVITZ
P.O. Box 627
108 East Second St.
Clarksdale, MS 38614

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT